

**EOD**

05/13/2019

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re:                                  §
                                        §
A B Tiffee, IV                          §
3335 Overland                           §
Plano, TX 75023                         §        Case No. 18-41836
                                        §
Elisa Sara Tiffee                       §
3335 Overland                           §
Plano, TX 75023                         §
                                        §        Chapter 11
Debtors                                 §

## AGREED ORDER DENYING MOTION TO EXTEND (DOCKET #40) AND DISMISSING CASE

On March 29, 2019, the above named Debtors filed a Motion to Extend Plan Confirmation Deadline (Docket #40) in the above styled and numbered bankruptcy case ("Case"). The United States Trustee filed an Objection to the Motion to Extend (Docket #42). The Deadline for Debtors to confirm a Plan was set as April 1, 2019, pursuant to an Agreed Scheduling Order, entered as Docket #25 (the "Deadline").

This Order represents an agreement between Debtors and the United States Trustee.

Debtors no longer wish to extend the Deadline. Therefore, because Debtors have failed to confirm a Plan by the Deadline, the Debtors and the United States Trustee agree that this Case should be dismissed. It is therefore

ORDERED that the above styled and numbered bankruptcy Case is hereby DISMISSED. It is further

ORDERED that Debtors shall pay all outstanding quarterly fees to the United States Trustee no later than 10 days after entry of this Order.

Signed on 5/13/2019

SO ORDERED AND ADJUDGED

*Brenda T. Rhoades*                      SR

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED IN FORM AND SUBSTANCE:

By: */s/ John Vardeman for Bob DeMarco w/permission TBN 20496260*
Robert T. DeMarco
DeMarco-Mitchell, PLLC
1255 West 15th St., 805
Plano, TX 75075
972-578-1400
Attorney for Debtors

By: ___*/s/ John Vardeman*___
John Vardeman
Trial Attorney, SBOT 20496260
110 N. College Avenue, Suite 300
Tyler, Texas 75702
(903) 590-1450 x218
Attorney for William T. Neary, the United States Trustee for Region 6